

Vanessa D. Thurman
Chief Probation Officer

Joy L. Taylor
Deputy Chief Probation Officer

# United States Probation Office
## Western District of Oklahoma

# MEMORANDUM

| Oklahoma City Office<br>215 Dean A. McGee, Room 201<br>Oklahoma City, OK 73102<br>(405) 609-5800 | Lawton Office<br>410 Southwest Fifth, Room 101<br>Lawton, Oklahoma 73501-4268<br>(580) 353-0387 |
|---|---|

**DATE:** October 26, 2005

**REPLY TO:** Catherine A. Coss
U.S. Probation Officer

**SUBJECT:** TIDDARK, Jimmy John Ross
04M-1510E
VIOLATION REPORT

**TO:** The Honorable Shon T. Erwin
United States Magistrate Judge

On October 12, 2005, a petition to revoke was filed and a warrant was issued for Mr. Tiddark's arrest. He surrendered on this warrant on October 17, 2005, and Emmit Tayloe was appointed to represent him. The revocation hearing was continued to November 17, 2005, and Mr. Tiddark was released on a $5,000.00 unsecured bond.

Since that time, Mr. Tiddark has continued to violate the conditions of his supervision. Attached is an amended petition to revoke. Due to the nature of the new non-compliance, it is respectfully recommended that a warrant be issued for Mr. Tiddark's arrest and that a hearing be held as soon as possible.

Respectfully submitted,

Catherine A. Coss
U.S. Probation Officer
(580) 353-0387

Reviewed by:

Burle G. Steelman
Supervising U.S. Probation Officer